MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/2/2025

**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Evert J. Christensen, Jr.**
+1 212 310 8144
evert.christensen@weil.com

BY ECF

September 30, 2025

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re lululemon athletica inc. Stockholder Derivative Litigation*, 1:24-cv-08507-ALC

Dear Judge Carter:

We write on behalf of the Parties[1] pursuant to Your Honor's Individual Practices, Rule 1.D. On August 1, 2025, the Court so ordered the Parties' joint stipulation, which directed the Parties to submit a proposed schedule for the filing of a consolidated complaint or designation of an operative complaint, and for Defendants' time to respond to the complaint:

> Within 60 days of the date that the Court enters an order approving this stipulation, the Parties hereto will meet and confer and submit a proposed scheduling order for: (i) Plaintiffs' filing of a consolidated complaint or designation of an operative complaint; and (ii) Defendants' time to respond to the complaint. Defendants are not required to answer or otherwise respond to the complaints filed in the Related Derivative Actions, until the deadline set forth in the Court's order on the Parties' proposed schedule. [ECF No. 10].

The Parties respectfully request that the Court grant a brief, one-week extension for the filing of the proposed schedule, currently due on September 30, 2025. The Parties have met and conferred and are continuing their discussions.

Plaintiffs consent to this request. This is the Parties' first request for an extension of the foregoing deadline. This request for an extension does not impact any other scheduled deadlines and/or dates.

---

[1] Plaintiffs David Muszynski, Matthew Holtz, James Wong, Shane Kanaly, and Arlin Wasserman (collectively, "Plaintiffs") and Nominal Defendant lululemon athletica inc. ("lululemon"), and Defendants Calvin McDonald, Meghan Frank, Martha Morfitt, David Mussafer, Michael Casey, Shane Grant, Kathryn Henry, Alison Loehnis, Isabel Mahe, Jon McNeill, Emily White, Teri List, Kourtney Gibson, Glenn Murphy, Stephanie Ferris, and Tricia Glynn ("Individual Defendants," and together with lululemon, "Defendants"). The "Parties" refers to Plaintiffs and Defendants, together.

September 30, 2025　　　　　　　　　　　　　　　　　　　　**Weil, Gotshal & Manges LLP**
Page 2

      We appreciate the Court's consideration of this request and counsel is available at the Court's convenience should Your Honor have any questions.

September 30, 2025  
Page 3

**Weil, Gotshal & Manges LLP**

*/s/ Evert J. Christensen, Jr.*
WEIL, GOTSHAL & MANGES LLP
Caroline Hickey Zalka
Evert J. Christensen, Jr.
Tanner S. Stanley
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
caroline.zalka@weil.com
evert.christensen@weil.com
tanner.stanley@weil.com

*Counsel for Defendants
And Nominal Defendant lululemon
athletica inc.*

*/s/ Phillip Kim*
THE ROSEN LAW FIRM, P.A.
Phillip Kim
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email:  philkim@rosenlegal.com
 Email  estone@rosenlegal.com

*Counsel for Plaintiff James Wong and Co-Lead Counsel for Plaintiffs*

*/s/ Melissa A. Fortunato*
BRAGAR EAGEL & SQUIRE, P.C.
Brandon Walker
Melissa A. Fortunato
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email: walker@bespc.com
Email: fortunato@bespc.com

*Counsel for Plaintiff Arlin Wasserman and Co-Lead Counsel for Plaintiffs*

*/s/ Gregory M. Egleston*
GAINEY McKENNA & EGLESTON
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Fl
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0380
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff Shane Kanaly*

September 30, 2025
Page 4

**Weil, Gotshal & Manges LLP**

/s/ Justin A. Kuehn
KUEHN LAW, PLLC
Justin A. Kuehn
53 Hill Street, Suite 605
Southampton, NY 11968
Telephone: (833) 672-0814
Email: justin@kuehn.law

*Counsel for Plaintiff David Muszynski*

/s/ Vincent A. Licata
RIGRODSKY LAW, P.A.
Seth D. Rigrodsky
Timothy J. MacFall
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: vl@rl-legal.com

*Counsel for Plaintiff Matthew Holtz*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE