**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LULULEMON ATHLETICA INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 1:24-cv-08507 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### STIPULATION TO STAY AND ORDER

Plaintiffs David Muszynski, Matthew Holtz, James Wong, Shane Kanaly, and Arlin Wasserman ("Plaintiffs"), Nominal Defendant lululemon athletica inc. ("lululemon"), and Defendants Calvin McDonald, Meghan Frank, Martha Morfitt, David Mussafer, Michael Casey, Shane Grant, Kathryn Henry, Alison Loehnis, Isabel Mahe, Jon McNeill, Emily White, Teri List, Kourtney Gibson, Glenn Murphy, Stephanie Ferris, and Tricia Glynn ("Individual Defendants," and together with lululemon, the "Defendants," and Defendants together with Plaintiffs, the "Parties"), jointly submit this Stipulation ("Stipulation") to temporarily stay the above-captioned shareholder derivative action (the "Action"), and in support thereof state as follows:

**WHEREAS**, on August 1, 2025, the Court granted the Parties' Joint Stipulation and Order Consolidating Related Shareholder Derivative Actions and Establishing Leadership Structure [ECF No. 10];

**WHEREAS**, a putative securities class action captioned, *Patel v. lululemon athletica inc., et al.,* Case No. 1:24-cv-6033 (S.D.N.Y.) (the "Securities Class Action"), arising out of the same or substantially similar facts and circumstances is pending in this Court, and a motion to dismiss the Securities Class Action is fully briefed and pending disposition by the Court; and

**WHEREAS**, the Parties have conferred with respect to scheduling;

**NOW THEREFORE**, it is hereby stipulated by and between the undersigned that:

1.      All proceedings and deadlines in the Action, including motion practice and any discovery, are hereby stayed, and no Case Management Order should be issued, pending resolution of the motion to dismiss the Securities Class Action.

2.      Plaintiffs (acting as a group) or Defendants (acting as a group) may lift the stay of this Action upon thirty (30) days' written notice to the other Party via email.

3.      Upon the occurrence of any of: (a) the Securities Class Action being dismissed, with prejudice, and all appeals related thereto having been exhausted; or (b) the motion to dismiss the Amended Complaint in the Securities Class Action being denied in whole or in part; or (c) any of the Parties to this Stipulation gives notice to lift the stay under Paragraph 2 above, then the stay shall be lifted and the Parties shall meet and confer and submit a proposed scheduling order for further proceedings in this Action within forty-five (45) days of the date that the stay is lifted.

4.      The Parties agree that notwithstanding this stay of the Action, Plaintiffs may file a consolidated complaint, without leave of the Court, pursuant to F.R.C.P. 15. Should Plaintiffs desire to file a second consolidated complaint, Defendants reserve all rights to oppose any motion by Plaintiffs for leave to file second consolidated complaint. Defendants need not answer or otherwise respond to any complaint or consolidated complaint that is filed in or consolidated with the Action during the pendency of this stay.

5.      During the pendency of the stay, should any other stockholder file any related derivative action, arising from substantially similar facts and asserting substantially similar claims as this Action (a "Related Derivative Action"), which incorporates by reference documents that lululemon has produced pursuant to 8 *Del. C.* § 220, lululemon will promptly provide those documents to Plaintiffs, subject to (i) entry into an acceptable form of confidentiality agreement, and (ii) Plaintiffs' agreement to coordinate in good faith with plaintiff(s) in the Related Derivative

Action to avoid duplicative claims and proceedings such that the claims asserted in this Action and any Related Derivative Action could potentially proceed in one consolidated action in one forum. The Parties reserve their respective rights as to whether any claims and proceedings in connection with a Related Derivative Action are duplicative of the present Action.

6. Should Defendants agree to either to mediate or to exchange formal or written offers or demands to settle with any plaintiffs in any Related Derivative Action or lululemon stockholders who makes a litigation demand (the "Settlement Negotiations"), Defendants shall: (i) promptly notify Plaintiffs of such Settlement Negotiations; and (ii) invite Plaintiffs to participate in any such mediation or Settlement Negotiations. For the sake of clarity, this provision does not apply to lululemon's discussions with any stockholders regarding the scope of a books and records demand.

7. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein. Defendants preserve all rights, objections, and defenses, including those regarding jurisdiction and venue, and Plaintiffs preserve all rights and claims.

Dated: October 10, 2025

    Respectfully submitted,

    **THE ROSEN LAW FIRM, P.A.**

    */s/ Phillip Kim*
    Phillip Kim
    Erica L. Stone
    275 Madison Avenue, 40th Floor
    New York, NY 10016
    Telephone: (212) 686-1060
    Facsimile: (212) 202-3827
    Email: philkim@rosenlegal.com
    Email: estone@rosenlegal.com

*Counsel for Plaintiff James Wong and Co-Lead Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**

*/s/ Melissa A. Fortunato*
Brandon Walker
Melissa A. Fortunato
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email: walker@bespc.com
Email: fortunato@bespc.com

*Counsel for Plaintiff Arlin Wasserman and Co-Lead Counsel for Plaintiffs*

**GAINEY McKENNA & EGLESTON**

*/s/ Gregory M. Egleston*
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Fl
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0380
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff Shane Kanaly*

**KUEHN LAW, PLLC**

*/s/ Justin A. Kuehn*
Justin A. Kuehn
53 Hill Street, Suite 605
Southampton, NY 11968
Telephone: (833) 672-0814
Email: justin@kuehn.law

*Counsel for Plaintiff David Muszynski*

**RIGRODSKY LAW, P.A.**

*/s/ Vincent A. Licata*
Seth D. Rigrodsky
Timothy J. MacFall
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: vl@rl-legal.com

*Counsel for Plaintiff Matthew Holtz*

**WEIL, GOTSHAL & MANGES LLP**

*/s/Caroline Hickey Zalka*
Caroline Hickey Zalka
Evert J. Christensen, Jr.
Tanner S. Stanley
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
caroline.zalka@weil.com
evert.christensen@weil.com
tanner.stanley@weil.com

*Counsel for Defendants*
*And Nominal Defendant lululemon athletica inc.*

**IT IS SO ORDERED** this 13tl day of January, 2026.

_____
ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE

5